UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------
:
CHAD S. HALL, SR.,                    :    CASE NO. 4:17-cv-1327
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :    OPINION & ORDER
                                      :    [Resolving Doc. 1]
COMMISSIONER OF SOCIAL                :
SECURITY,                             :
                                      :
    Defendant.                        :
                                      :
------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 23, 2017, Plaintiff Chad S. Hall, Sr. filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's denial of his application for disability insurance benefits and supplemental security income.[1] The Court referred the matter to Magistrate Judge George J. Limbert.

On July 20, 2018, Magistrate Judge Limbert issued a Report and Recommendation ("R&R") recommending that this Court reverse and remand the Commissioner's final decision.[2] Objections to that R&R were due by August 3, 2018. The Commissioner stated it will not file objections.[3]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[4] Failure to timely object waives a party's right to appeal the magistrate's report.[5] Where a party does not object to the R&R, a district court may adopt it without review.[6]

---

[1] Doc. 1.
[2] Doc. 18.
[3] Doc. 19.
[4] 28 U.S.C. § 636(b)(1)(C).
[5] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[6] *See Thomas*, 474 U.S. at 149–50.

Case No. 4:17-cv-1327
Gwin, J.

Accordingly, in light of the Commissioner's decision not to object to the R&R in this case, the Court **ADOPTS** Magistrate Judge Limbert's R&R, incorporates it as if fully restated herein, and **REVERSES AND REMANDS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: August 7, 2018                                         *s/        James S. Gwin*
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE